UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61007-CIV-COHN/SELTZER

ACCESS 4 ALL, INC., a Florida not for
profit corporation and JOE HOUSTON,
individually,

        Plaintiffs,

vs.

BAMCO VI, INC., a Florida profit corporation
d/b/a CITGO GAS,

        Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation For Dismissal Without Prejudice ("Stipulation") [DE 45].  The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    This matter is **DISMISSED WITHOUT PREJUDICE**;

2.    Each party shall bear their own costs and fees, except as provided under Federal Rule of Civil Procedure 41(d), upon re-filing, if ever; and

3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

    **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of January, 2012.

_____
JAMES I. COHN
United States District Judge

Copies to counsel of record via CM/ECF.